UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN BERKOWITZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARTON T., LTD., M&V LIVERY CORPORATION., and FAST OPERATING CORPORATION, all d/b/a as CARMEL CAR AND LIMO SERVICE,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-02726-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　　Pursuant to Rule 41(a)(1)(A)(i) and Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff Susan Berkowitz, by her undersigned attorney, hereby gives notice of dismissal of all claims against Defendants, M&V Livery Corporation, Fast Operating Company, and Barton/Barton T. Ltd., all d/b/a Carmel Car and Limo Service in the above-captioned action, <u>without prejudice</u>, and with each party to bear its own attorneys' fees, costs and expenses.  This Notice is permitted because no defendant has filed an answer or a motion for summary judgment and because no class has been certified for any purpose.

| | |
|---|---|
| Dated:  May 22, 2024 | Respectfully submitted, |
| | **BRAGAR EAGEL & SQUIRE, P.C.** |
| | /s/ *Casey C. DeReus*<br>Casey C. DeReus<br>*[Admitted Pro Hac Vice]*<br>Post Office Box #830436<br>New Orleans, Louisiana 70185<br>Telephone:  (213) 612-7735<br>Facsimile:   (212) 214-0506<br>dereus@bespc.com |
| | and |
| | Lawrence P. Eagel<br>J. Brandon Walker<br>Marion C. Passmore<br>**BRAGAR EAGEL & SQUIRE, P.C.**<br>810 Seventh Avenue, Suite 620<br>New York, New York 10019<br>Telephone:  (212) 308-5858<br>Facsimile:   (212) 214-0506<br>eagel@bespc.com<br>walker@bespc.com<br>passmore@bespc.com |

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```

It is so ORDERED.

Signed in New York, NY on_____May 23_, 2024.

_____

Hon. Katherine Polk Failla

United States District Judge

2